UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10844-SVW – 2:99-cr-01120-SVW | Date | March 24, 2025 |
| Title | *Eric Leon Christian v. Barron* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DECLARE PLAINTIFF A VEXATIOUS LITIGANT

Plaintiff Eric Leon Christian filed a writ of habeas corpus on December 7, 2024. ECF No. 1. Defendant filed an opposition to Plaintiff's motion on March 17, 2025. In that opposition, Defendant asked the Court to declare Plaintiff a vexatious litigant. Based on Defendant's opposition, Plaintiff's case, and Plaintiff's history, the Court is considering granting Defendant's request to declare Plaintiff a vexatious litigant. The Court, however, will not do so without giving Plaintiff notice and an opportunity to oppose Defendant's request. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the Court should not declare him a vexatious litigant. Plaintiff must respond to this order to show cause within 10 days of this order.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | PMC |